# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                           NO. 4:20-CR-00232-001 LPR

LARANDA KAY RUIZ                                             DEFENDANT

## **AMENDED ORDER**

The above entitled cause came on for hearing September 10, 2020 on the government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. A judgment in this matter was entered revoking the defendant's supervised release and sentencing defendant to a term of fourteen months imprisonment in the custody of the Bureau of Prisons. The judgment did not identify a recommended facility for the defendant to serve her imprisonment. The Court requests adding the recommendation that defendant be incarcerated at FCI Aliceville in Alabama.

IT IS THEREFORE ORDERED that the Judgment & Commitment in the above matter hereby is amended to add the recommendation that defendant, Laranda Kay Ruiz, be incarcerated at FCI Aliceville, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 14th day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE